# EXHIBIT A

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period 09/13/2010 to 1/14/2011

| FUND ACCOUNTING | | |
|---|---:|---:|
| **Beginning Balance (As of 09/13/2010)** | | $0.00 |
| **Increases in Fund Balance:** | | |
| Cash Transfers to Receiver | | |
|     Bank of America | $104,676.49 | |
|     TD Bank | 58,121.07 | |
|     Bank of Hawaii | 18,690.79 | |
|     Republic Bank | 5,337.76 | |
|     Wachovia Bank | 2,155.85 | |
|     Citibank | 1,453.99 | |
|     Susquehanna Bank | 485.00 | |
|     Penn Liberty Bank | 36.50 | |
|     PNC Bank | 24.43 | |
|     Total Transfers to Receiver | | 190,981.88 |
| Interest Income | | |
|     PNC Money Market Account Interest | | 25.10 |
| Third-Party Asset Recovery | | |
|     Matthew Razzano - Payments on Account | | 11,273.22 |
| **Total Funds Available** | | $202,280.20 |
| **Decreases in Fund Balance:** | | |
| Disbursements to Receiver or Other Professionals | | |
|     Receiver or Other Professionals | $24,960.00 | |
|     Section 754 Notices | 3,627.00 | |
|     Website | 1,250.00 | |
|     Total Disbursements to Receiver or Other Professionals | | 29,837.00 |
| Administrative Expenses | | |
|     Bank Fees | | 10.00 |
| Total Disbursements for Receivership Operations | | 29,847.00 |
| **Total Funds Disbursed** | | $29,847.00 |
| **Ending Balance (As of 01/14/2011)** | | $172,433.20 |

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period 09/13/2010 to 1/14/2011

**Ending Balance of Fund - Net Assets**

<u>Cash & Cash Equivalents</u>
    PNC - Money Market Account    $167,433.20
    PNC - Business Checking Account    5,000.00
    Total Cash & Cash Equivalents    $172,433.20

<u>Contingent Liabilities</u>
    Holdback - Receiver or Other Professionals    ($7,459.26)

**Total Ending Balance of Fund - Net Assets (As of 01/14/2011)**    $164,973.94