# EXHIBIT B

## RECEIVER'S PLAN FOR RECEIVERSHIP ESTATE ACTIVITIES

| ANTICIPATED DATE | ACTION ITEM | COMMENTS |
|---|---|---|
| Pending Court Approval | Sale of Personal Property | On January 11, 2011, the Receiver filed a Motion with the Court for approval of the sale of personal property seized from the Source Entities. If the Court approves the Motion, the Receiver will work with Slosberg Auctioneers to schedule public auctions that are in the best interests of the Receivership. |
| Pending Receipt of Replacement Titles | Sale of Vehicles | The Receiver is currently awaiting replacement titles for the vehicles in the Receiver's custody. Once titles are received, the Receiver will petition the Court for approval of their sale. |
| To be determined | Retention of Forensic Accountant | The Receiver has identified a forensic accounting firm and has negotiated compensation. The Receiver will request Court permission prior to engaging the firm. |
| Ongoing | Action Against Matthew and Tammi Razzano | The Receiver anticipates that he will file a Complaint against Matthew and Tammi Razzano, seeking to recover $350,000 of Receivership Property, among other things. |
| Ongoing | Real Property held by the Receivership. | The Receiver is currently investigating the value of real estate held by the Estate. Once a value is ascertained, the Receiver will move to dispose of the property in the best interests of the Estate. |
| Ongoing | Security Deposits | The Receiver continues to negotiate with the third-party holders of security deposits and pre-paid rent from the Source Entities. The Receiver reserves the right to serve subpoenas and institute litigation against such parties to recover these assets. |
| Ongoing | Additional Real Property | The Receiver will continue to investigate and locate additional real estate belonging to the Receivership. |
| Ongoing | Third-Parties Receiving Funds | The Receiver is currently investigating and negotiating with third-parties that |

|  |  | received funds from the Source Entities. The Receiver reserves the right to serve subpoenas and institute litigation against such parties to recover fraudulently transferred assets. |
|---|---|---|
| Ongoing | Litigation Against Third-Parties | The Receiver is currently in the process of evaluating potential litigation against third-parties. |
| Ongoing | Compilation of Creditor List | The Receiver is currently in the process of compiling a preliminary list of creditors of the Estate and the amount of their claims. |
| Ongoing | Compilation of Investor Information | There are over two hundred Investor Questionnaires still outstanding. The Receiver will update his records regarding this information as it is received and, if and when appropriate, will seek to reconcile investor provided information with third party records. |
| April 30, 2011 | Receiver's Second Report |  |
| To be determined | Claims Bar Date | If this Receivership continues, the Receiver anticipates filing a motion seeking an order setting a claims process and a date by which, after public notice, claims against the Estate, about which the Receiver has not been notified, will be barred. |
| To be determined | Proposal for distribution to investors | The Receiver cannot at this time state if, and when, there will be a distribution in this matter. |