IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 10-CV-03130 (BMS) |
| ROBERT STINSON, JR., LIFE'S GOOD, INC., LIFE'S GOOD STABL MORTGAGE FUND, LLC, LIFE'S GOOD HIGH YIELD MORTGAGE FUND, LLC, LIFE'S GOOD CAPITAL GROWTH FUND, LLC, IA CAPITAL FUND, LLC, KEYSTONE STATE CAPITAL CORPORATION, | : |
| Defendants, and | : |
| FIRST COMMONWEALTH SERVICE COMPANY, SUSAN L. STINSON, CHRISTINE A. STINSON, MICHAEL G. STINSON, LAURA MARABLE, | : |
| Relief Defendants. | : |

**FILED**

MAY 07 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this \_\_4\_\_ day of \_\_May\_\_, 2012, upon consideration of Morningstar, Inc.'s Motion for Leave to File a Reply Brief in Support of its Motion for Leave to File a Complaint, and any response thereto, it is hereby ORDERED that Morningstar's Motion is GRANTED. The Clerk of Court is instructed to docket the Reply Brief attached to Morningstar's Motion as Exhibit "A", as of the date of this Order.

BY THE COURT:

_____
JUDGE SCHILLER