# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | |
| **COMMISSION,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT STINSON, JR., et al.,** | : | **No. 10-3130** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **4**[th] day of **June, 2012**, upon consideration of Morningstar, Inc.'s Motion for Leave to File Complaint, Plaintiff's and the Receiver's responses thereto, Morningstar, Inc.'s reply thereon, and Plaintiff's and the Receiver's sur-replies thereon, and for the reasons stated in the Court's Memorandum dated June 4, 2012, it is hereby **ORDERED** that the motion (Document No. 227) is **DENIED**.

BY THE COURT:

_____

**Berle M. Schiller, J.**