IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ROBERT STINSON, JR., et al., | : | No. 10-3130 |
| Defendants. | : | |

## ORDER

AND NOW, this **4th** day of **June, 2012**, upon consideration of Morningstar, Inc.'s Motion for Leave to File Complaint, Plaintiff's and the Receiver's responses thereto, Morningstar, Inc.'s reply thereon, and Plaintiff's and the Receiver's sur-replies thereon, and for the reasons stated in the Court's Memorandum dated June 4, 2012, it is hereby **ORDERED** that the motion (Document No. 227) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**