# EXHIBIT A

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period - 05/15/14 to 08/06/2014

| FUND ACCOUNTING | Reporting Period | Since Inception |
|---|---:|---:|
| Beginning Balance (As of 09/13/2010) | | $0.00 |
| Beginning I Balance (As of 05/15/2014) | $614,213.11 | |
| **Increases in Fund Balance:** | | |
| Cash Transfers to Receivership | | |
|     Total Transfers to Receivership | - | 191,245.88 |
| Interest Income | | |
|     PNC Money Market Account Interest | 308.95 | 6,186.49 |
| Expense Reimbursement | | |
|     ADT Money Market Services Account Reimbursement | - | 109.04 |
| Third-Party Asset Recovery | | |
|     Matthew Razzano - Settlement | - | 367,500.00 |
|     Matthew Razzano - Payments on Account | - | 18,788.70 |
|     Joy Kreutzer - Settlement | - | 17,500.00 |
|     D. Henderson - Settlement | - | 15,000.00 |
|     2133 Arch Street Associates - Settlement | - | 15,750.00 |
|     NG Productions - Settlement | - | 105,144.87 |
|     Cunningham Piano - Settlement | - | 21,000.00 |
|     EWB - Settlement | - | 8,800.00 |
|     RH - Settlement | - | 20,000.00 |
|     VIP - Settlement | - | 82,000.00 |
|     Ganong - Settlement | - | 85,000.00 |
|     Turcotte - Settlement | - | 10,000.00 |
|     S. Stinson Retirement Account | - | 10,063.13 |
|     NC Farm - Rental Payment | - | 1,464.59 |
|     YSF - Settlement | - | 47,901.71 |
|     Velle - Partial Settlement | - | 1,500.00 |
|     AM - Settlement | - | 125,000.00 |
|     Chesterbrook Property - Settlement | - | 5,000.00 |
|     Jacksonville Property - Settlement | - | 21,624.37 |
|     Aztec - Settlement | - | 30,000.00 |
|     Cooper - Settlement | - | 24,999.97 |
|     Staiano - Settlement | - | 75,000.00 |
|     Talking Water Property - Settlement | - | 30,000.00 |
|     Best Sports - Partial Settlement | 1,249.98 | 3,333.28 |
| | | 1,142,370.62 |
| Sale of Receivership Property | | |
|     Barry S. Slosberg, Inc. | - | 232,601.60 |
|     Sale of Reading Property | - | 34,829.54 |
| | | 267,431.14 |
| **Total Funds Available** | **$615,772.04** | **$1,607,343.17** |

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period - 05/15/14 to 08/06/2014

**Decreases in Fund Balance:**

Disbursements to Receiver or Other Professionals
    Receiver or Other Professionals      $939,495.52

Court Ordered Payments
    Preliminary Injunction Bond (11-cv-03934)      -      50,000.00

Administrative Expenses
    Receivership Taxes      55.34      1,983.95
    Bank Fees      147.00

**Total Funds Disbursed**      **$55.34**      **$991,626.47**

**Ending Balance (As of 08/06/2014)**      **$615,716.70**      **$615,716.70**

---

**Net Assets**

Cash & Cash Equivalents
    PNC - Money Market Account      $613,892.38
    PNC - Business Checking Account      1,824.32
      Total Cash & Cash Equivalents      $615,716.70

Other Receivables
    Preliminary Injunction Bond      -      $50,000.00

**Total Ending Balance of Fund - Net Assets (As of 08/06/2014)**      **$665,716.70**

By: _Kamian Schwartzman_
Printed Name

_[signature]_
Signature

_Receiver_
Title

_8/15/14_
Date