IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ROBERT STINSON, JR., et al., | : | No. 10-3130 |
| Defendants. | : | |

## ORDER

**AND NOW,** this **8th** day of **January**, **2015**, upon consideration of the Receiver's Final Fee Application, the Commission's Response and Alternative Proposal, the Receiver's Reply thereto, the Commission's Supplemental Memorandum Addressing the Receiver's Proposed Distribution Methodology, and following a hearing on December 1, 2014, and for the reasons provided in this Court's Memorandum dated January 8, 2015, it is hereby **ORDERED** that:

1. The Receiver's Final Fee Application (Document No. 321) is **DENIED**.

2. The Commission's Alternative Proposal to distribute one-half of the remaining Estate to investors (Document No. 324) is **GRANTED**.

3. The Commission is ordered to submit a final distribution plan to the Court no later than **January 26th, 2015**.

BY THE COURT:

_____
**Berle M. Schiller, J.**