IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT STINSON, JR., et al.,** | : | No. 10-3130 |
| Defendants. | : | |

### ORDER

AND NOW, this **28th** day of **January**, 2015, following a telephone conference between counsel for the Commission and counsel for the Receiver, it is hereby **ORDERED** that:

1. The Estate shall reimburse counsel for the Receiver $159,667.08 for expenses incurred.

2. Any further reimbursement of costs will be worked out between the Commission and the Receiver, subject to Court approval with the final distribution plan.

BY THE COURT:

_____
Berle M. Schiller, J.