**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____ :
                                           :

**SECURITIES AND EXCHANGE COMMISSION,**   :
                                           :

                        **Plaintiff**      :     **Civil Action No.**
                                           :     **10-CV-03130 (BMS)**

      **v.**                                 :
                                           :     **Amended**

**ROBERT STINSON, JR., et al.,**            :     **Distribution Plan**
                                           :

                    **Defendants**     :
                   **and Relief Defendants.**   :
_____ :

1.      The plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully submits this Amended Distribution Plan (the "Plan") to distribute assets collected by the Receiver appointed in the captioned action to certain persons who suffered net losses as a result of the violations alleged in the Complaint, after payment of outstanding obligations and expenses of the Receivership Estate.

**<u>Background and Procedural History</u>**

2.      On June 29, 2010, the Commission filed its Complaint in this action against  Robert Stinson, Jr. ("Stinson"), Life's Good, Inc., Life's Good STABL Mortgage Fund, LLC, Life's Good High Yield Mortgage Fund, LLC, Life's Good Capital Growth Fund, LLC, IA Capital Fund, LLC, and Keystone State Capital Corporation (collectively, the "Defendants"), alleging the Defendants violated Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77e (a), (c), and q(a)], and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act")

[15 U.S.C. § 78j(b)], and Rule 10b-5 [17 C.F.R. § 240.10b-5], thereunder through an offering fraud.

3.      The Commission also named in the complaint five relief defendants:  First Commonwealth Service Company, an affiliate of the Defendants run by Stinson's brother; Stinson's wife, son, and daughter: Susan, Michael, and Christine Stinson, respectively; and Stinson's former wife, Laura Marable (collectively referenced herein as the "Relief Defendants"), claiming each to have been unjustly enriched by misappropriated investor funds.

4.      The Commission filed an *Ex Parte* Motion for a Temporary Restraining Order and other relief simultaneously with the filing of the Complaint, which this Court granted.

5.      On September 13, 2010, upon the Commission's motion, this Court established a Receivership estate (the "Estate") and appointed a Receiver (the "Receiver").

6.      In an Amended Order and Permanent Injunction entered on June 22, 2011 (the "Permanent Injunction"), this Court granted the Commission's motion for partial summary judgment, finding that the Defendants violated Sections 5(a), 5(c), and 17(a) of the Securities Act [15 U.S.C. § 77e (a), (c), and q(a)], and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)], and Rule 10b-5 [17 C.F.R. § 240.10b-5] and enjoining the Defendants from further violations of the referenced laws.

7.      On July 1, 2013, upon the Commission's Motion, this Court entered final judgment against all Defendants and Relief Defendants, finding the Defendants jointly and severally liable for disgorgement of $14,051,246, and prejudgment interest of $472,726, for a total obligation of $14,523,972; and the Relief Defendants, in the aggregate, jointly and severally liable with the Defendants for $1,390,038.64 (the "Final Judgment").  As of February 24, 2015, the Receiver has collected $1,623,127.57.

8.      The Receiver has not distributed any of the collections to victims of the fraud.  To date, money has been distributed only to satisfy the expenses of the Estate, including professional fees.

9.      The Estate has paid certain outstanding expenses and is now in the process of winding down, currently holding $446,481.88 in recovered money.  Except as described herein, no further significant collections are expected.

10.      On January 8, 2015, this Court ordered the Commission to submit a distribution plan to the Court to distribute one-half of the net Estate to defrauded investors.  Docket No. 333.

11.      In an Order entered on January 13, 2015 ("Order to Show Cause"), the Court set forth procedures by which Notice of the proposed distribution would be provided to defrauded investors and other interested parties, and by which interested parties could submit objections to the proposed distribution.  Docket No. 334.  The Commission staff has complied with those procedures.

**<u>Related Criminal Proceedings</u>**

12.      On November 4, 2010, Stinson was indicted in the Eastern District of Pennsylvania and charged with five counts of wire fraud, four counts of mail fraud, nine counts of money laundering, one count of bank fraud, three counts of filing false tax returns, two counts of obstruction of justice, and two counts of making false statements to federal agents.  <u>United States v. Stinson</u>, 2:10-cr-00724 (E.D. Pa.) (MMB).  On August 15, 2011, Stinson pled guilty to all counts of the indictment.  On December 16, 2013, the Honorable Michael M. Baylson, United States District Judge for the Eastern District of Pennsylvania sentenced Stinson to 324 months in prison and ordered Stinson to pay full restitution of to his victims.

### Definitions

13.     The "**Complaint**" refers to the Complaint filed by the Commission in the captioned matter.

14.     The "**Fund**" is the Estate balance plus any accretions to that balance, including, any additional collections or accretions through the Final Receiver Accounting, except as specified in paragraph 29, below,

15.     The "**Tax Administrator**" appointed in this Plan is Damasco & Associates LLP ("Damasco"), a certified public accounting firm located in Half Moon Bay, California.  As further described below, the Tax Administrator is appointed to perform certain tax and general Fund administrative functions, as further described below and pursuant to the Damasco January 11, 2013 Letter Agreement with the Commission for the Calendar Years Ending 2013, 2014 and 2015 (the "Letter Agreement").

16.     The "**Fund Transfer**" refers to the Receiver's transfer of the Fund to a non-interest bearing account controlled by the Tax Administrator.

17.     The "**Final Receiver Accounting**" refers to the Receiver's final accounting of the financial accounts of the Estate ("Estate Accounts") upon the Fund Transfer.  This accounting should be in the form of the Standardized Fund Accounting Report that accompanied each of the Receiver's quarterly status report, although the Receiver shall promptly provide additional information upon request by the Tax Administrator or the Commission staff.

18.     The following are the identified "**Fund Expenses**" to be paid from the Fund after the Fund Transfer and the filing of the Final Distribution Schedule:

| Date(s) Incurred | Payee | Description | Amount |
|---|---|---|---|
| 2015 | Reserve | Wind Down Expenses | $ 5,000 |
| 2015 | Damasco | Tax Administrator Fees related to Tax Work | $ 1,800.00 |
| 2015 | Damasco | Tax Administrator fees related to General Fund Administrative Work | $ 7,500.00 |
| 2015 | IRS | Taxes due | $ 700.00 |
| **Total** | | | **$ 15,000.00** |

Subject to paragraph 65, below, no other expenses may be paid from the Fund without further court order.

19.     The **IRS** expense is an estimate premised on the transfer of the Fund from the Estate Accounts to a non-interest bearing account no later than March 31, 2015, and will be reserved pending determination of actual tax liability.

20.     The **Reserve** expense is a reserve for unanticipated, miscellaneous costs of implementing this Plan, including additional costs incurred by the Tax Administrator in connection with tax reporting and withholding related costs specific to certain Investors receiving a direct distribution of retirement funds.

21.     "**Estate Professionals**" refers to the Receiver, Kamian Schwartzman, and his counsel, Pietragallo Gordon Alfano Bosick & Raspanti, LLP.

22.     "**Investor**" refers to any individual or entity identified by the Commission staff that provided funds directly or indirectly to the Defendants in connection with the purported "Investments" identified in the Complaint.

23.      "**Nonresponsive Investor**" refers to any Investor whose address the Commission staff has not been able to verify and/or who did not respond to Commission or Receiver attempts to obtain information about his/her/its Investment.  Nonresponsive Investors will not receive a distribution under this Plan.

24.      "**Eligible Investor**" refers to any Investor who is not a Nonresponsive Investor, and whose *Pro Rata* Share exceeds $20.  No distribution shall be made under this Plan for $20 or less ("***De Minimis* Threshold**").  The *De Minimis* Threshold is based on the conclusion that it would not be cost effective to attempt to distribute amounts of less than $20 to individual accounts.

25.      In order to respect the privacy of Eligible Investors, each Eligible Investor is identified by an "**Investor Number**," provided by the Commission and/or the Receiver to Investors in the letter accompanying a Questionnaire sent to possible investors, and repeated in the correspondence provided to Investors at their last known address with a copy of the proposed distribution.

26.      After the Fund Transfer, the Receiver's provision of the Final Receiver Accounting to the Commission and the Tax Administrator, and the calculation of the Investors' Fund, the Commission will file with the Court a "**Final Distribution Schedule**" with Eligible Investor names and last known addresses redacted.  The Commission will simultaneously transmit to the Tax Administrator an unredacted Final Distribution Schedule.  The Final Distribution Schedule will include each payee by name, Investor Number, last known address, and amount of distribution.

27.      "**Pre-Distribution Estate Collections**" refers to any receipt or collection of Estate assets and/or assets collected in partial or full satisfaction of the Final Judgment subsequent to the Fund Transfer and before the filing of the Final Distribution Schedule.  Except as specifically set

forth in Paragraph 29, below, all Pre-Distribution Estate Collections will inure to the benefit of the Fund.

28. "**Post Distribution Estate Collections**" refers to any receipt or collection of Estate assets and/or assets collected in partial or full satisfaction of the Final Judgment subsequent to the filing of the Final Distribution Schedule.  Except as specifically set forth in Paragraph 29, below, Post Distribution Estate Collections shall be remitted to the Clerk of the Court, as further discussed below, paragraph 70.

29. "**Velle, Harris, and Retainer Collections**" refers to any collection of legal retainers previously paid by the Receiver to the collection firm of Weltman, Weinberg & Reis Co., L.P.A ("Weltman"), and any collection on amounts outstanding on the settlement with Priscilla Mulei in Schwartzman v. Velle Investments, LLC, Civil Action No. 11-4603 (E.D. Pa.) and on the settlement with Michael Harris in Schwartzman v. Harris, Civ. Action No. 11-1354 (E.D. Pa.). Any Velle and Harris Collections of the amount due for the month of February 2015 through satisfaction of the referenced settlements, as well as the collection of $3,377.04 in returned retainers from Weltman, shall inure to the benefit of the Estate Professionals and shall be deemed to be in full satisfaction of $12,979.45 in expenses incurred by the Estate Professionals but subjected to a hold back under the Receivership Order p*rovided, however*, that if the aggregate amount collected pursuant to this paragraph exceeds $13,757.65, any amount in excess of $13,757.65 be remitted to the Clerk of the Court in accordance with paragraph 70, below.

30. Each Investor's "**Actual Investment**" refers to the Investor's actual monetary investment, and does not include profits, interest, other accruals reflected in any account statement or record.

31.     "**Prior Distribution**" refers to the aggregate amount received by each Investor, directly or indirectly, from one or more of the Defendants, or from some other source, that returned some or all of the Investor's Actual Investment, whether in the form of principal, interest, dividends, or otherwise.

32.     "**Investor Net Investment**" is the difference between that Investor's Actual Investment and their Prior Distribution.

33.     "**Investors' Fund**" refers to one-half of the subset of the Fund that excludes the Fund Expenses.  As of February 24, 2015 the Investors' Fund is valued at $ 213,567.  After the final assessment of all Fund Expenses, and subject to paragraph 65 below, one-half of any Reserve expense or any expense allocation is excess of the assessed expense or reserved for a future expense (the "**Excess Reserve**") will be added to the Investors' Fund.

34.     "**Estate Professionals Payment**" refers to one-half of the subset of the Fund that excludes the Fund Expenses.  As of February 24, 2015, the Estate Professionals Payment is valued at $213,567.  After the final assessment of all Fund Expenses, and subject to paragraph 65 below, one-half of the Excess Reserve will be added to the Estate Professionals Payment.  Unless the Tax Administrator is instructed otherwise by Court Order, the Estate Professionals Payment will be paid to the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, and that law firm shall be responsible for allocating the payment between and among the Estate Professionals in accordance with an agreement among those professionals or court order.  Consistent with this Court's Order dated January 8, 2015 (Docket No. 333) directing a distribution to investors, this Plan does not address the allocation of the Estate Professionals Payment.

35.     Each Eligible Investor's "**Plan Distribution**" is the amount that the Eligible Investor will receive pursuant to this Plan.  The Plan Distribution is the Eligible Investor's *pro rata*

share of the Investors' Fund based on their Net Investment.  A schedule reflecting each Eligible

Investor's Plan Distribution as of February 24, 2015 is attached hereto.  It is expected that Plan

Distributions will change up until the filing of the Final Distribution Schedule due to, among other

things, the accrual of interest and any Pre-Distribution Collections.  Final Plan Distributions will be

reflected in the Final Distribution Schedule filed by the Commission.

### Duties of the Receiver and Additional Collections

36.      If and when the Court approves this Plan, the Receiver will transfer the Fund to a

non-interest bearing account controlled by the Tax Administrator in accordance with the

instructions of the Tax Administrator.  The Receiver will simultaneously provide to the Tax

Administrator and the Commission the Final Receiver Accounting and a declaration, under penalty

of perjury, that the Receiver is aware of no outstanding claims against, or interest in, the Estate or

the Fund, except as specifically discussed in this Plan.

37.      Upon receipt of any Pre-Distribution Collections, the Receiver shall immediately

notify the Commission staff by electronic mail, and the Tax Administrator by receipted U.S. Mail,

of the amount and source of the collection, and, except as provided in paragraph 29, above, shall

transfer or otherwise transmit the Pre-Distributions Collections to the Tax Administrator in

accordance with instructions provided by the Tax Administrator.

38.      The Receiver shall immediately notify the Commission staff by electronic mail, and

the Tax Administrator by receipted U.S. Mail, of any assets of the Estate collected and/or to be

paid to the Estate of which the Receiver or his counsel get notice prior to the filing of the Final

Distribution Schedule, regardless of whether the Receiver has received, or otherwise has control of

those assets.

39.     The Receiver will cooperate with the Tax Administrator and the Commission staff in connection with their duties as described in this Plan and/or the proposed distribution.

40.     Except as provided in paragraph 29, above, any Post Distribution Collections shall be remitted by the recipient to the Clerk of the Court, together with a cover letter setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to paragraphs 40 and 70 of this Plan.  The recipient shall simultaneously transmit photocopies of such payment and cover letter to Catherine E. Pappas at the address set forth below. The Clerk shall then proceed as set forth in paragraph 71 below.

41.     Except as otherwise specifically provided herein, the Receiver will take all steps necessary to wind down the Estate, including resolving all outstanding tax issues.

42.     If and when the Receiver and the Commission staff determine that the Receiver has concluded his duties and obligations under the Receivership Orders, either may apply to the Court for an Order terminating the Receivership.

43.     Except as specifically provided herein or by court order, no further fees or expenses shall be paid to the Estate Professionals.

### Appointment and Tax Related Duties of the Tax Administrator

44.     The Fund has been, and will be continued to be treated as a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, 26 U.S.C. §468B(g) and related regulations, 26 C.F.R. §51.468B-1 through 1.468B-5.

45.     All amounts collected by the Receiver or others on the judgments described above are credited against the disgorgement components of the Final Judgments entered in this matter, and the Commission staff does not expect any portion of the prejudgment interest components of those Final Judgments to be satisfied.   If this changes, the Commission staff will work with the

Tax Administrator to determine if and how this affects the reporting requirements of the Fund and the duties of the Tax Administrator.

46.     Damasco is designated, *nunc pro tunc*, the Tax Administrator of the Fund for the period beginning January 1, 2015, pursuant to section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations , as appropriate, by:

   a.     Preparing and filing federal and state income tax returns, as required;

   b.     Where required, calculating quarterly estimated tax payments and provide information to the Commission so that payments may be made timely;

   c.     Making arrangements with the Commission staff, as appropriate, to pay the tax liability of the Fund;

   d.     Calculating and recommending retention of a reserve for penalties and interest to be assessed as a result of any late filing of tax returns and late payment of taxes;

   e.     Determining and complying with information reporting obligations of the Fund for payments to vendors;

   f.     Ensuring that the Fund is in full compliance with its information reporting and withholding obligations for domestic and foreign investor payments.

 Upon request, the Tax Administrator shall provide copies of any filings to the Commission's counsel of record.

47.     The Tax Administrator may pay 2015 taxes due up to the amount set forth in this Plan, including paragraph 65, without further court order.  If the Tax Administrator concludes that the tax obligations of the Fund exceed that set forth in this Plan, the Tax Administrator may request that the Commission staff file with the Court a motion, supported by the Tax Administrator's declaration of the amount of taxes due, to transfer funds from the Fund to pay any tax obligations of the Fund.

48.     The Tax Administrator shall be paid for its tax related services in accordance with paragraph 18 of this Plan.  Except as otherwise provided herein, no other fees or expenses for the tax related services of the Tax Administrator may be paid without the Court's prior approval.

### Administrative Duties of the Tax Administrator

49.     In addition to the foregoing tax related duties of the Tax Administrator, Damasco also will perform certain administrative functions in connection with the distribution of the Fund (the "Distribution"), as set forth below and pursuant to the Letter Agreement.

50.     Upon the Receiver's completion of all steps set forth in paragraph 36 of this Plan, and after the Tax Administrator has had the opportunity to examine the Fund as transferred, the Final Receiver Accounting, and the declaration, all in conjunction with this Plan, the Tax Administrator shall pay or reserve the Fund Expenses as described herein.  At the same time, if the Tax Administrator determines such payment to safely fall within the amount that the Estate Professionals will receive under this Plan, the Tax Administrator may distribute $100,000 to the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, and that law firm shall be responsible for allocating the payment between and among the Estate Professionals in accordance with an agreement among those professionals or court order.  Any amount distributed to the Estate Professionals in accordance with this paragraph will be offset, dollar for dollar, from the Estate Professionals Payment described above, paragraph 34, with the remainder to be distributed in accordance with paragraph 34 after the Commission's filing of the Final Distribution Schedule.

51.     The Tax Administrator will prepare payments pursuant to the Final Distribution Schedule, and mail those payments, including transmittal correspondence explaining the purpose of the distribution and providing any other appropriate instructions or directions.  All checks shall contain a stale date of 90 days after the date of issuance and will not be honored after that time.

52.     The Tax Administrator is authorized to distribute the Investors' Fund in accordance with this Plan and the Final Distribution Schedule upon the filing by the Commission of the redacted Final Distribution Schedule and receipt of an unredacted Final Distribution Schedule, without further court order.

53.     With respect to the transmittal correspondence to Eligible Investors, the Tax Administrator will include information regarding the tax consequences of the Distribution. However, the Tax Administrator shall not provide tax advice to Eligible Investors and such transmittal correspondence shall indicate the information provide therein is not and should not be considered tax advice.  Any necessary tax forms will be included with this correspondence to payees.

54.     The Tax Administrator will perform TIN matching, printing, mailing, and filing of 1099's, or other information returns, where required.

55.     If, after issuing payments, the payee notifies the Tax Administrator that the payment should be directed differently to properly reflect their original investment (such as to pay to an IRA or an individual), documents each claim, and executes and returns a reissue form provided for such purpose, the Tax Administrator will reissue the payment as requested.

56.     After completion of the Distribution, and the filing by the Tax Administrator of the final tax return for the Fund, the Tax Administrator, without further Order of the Court, shall direct all remaining money in the Fund (the "Remainder"), including any amounts returned or represented by any outstanding checks that have not been presented for payment, to the Clerk of this Court, together with a cover letter setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to paragraph 56 of this Plan.  The Clerk shall then proceed as set forth in paragraph 71 below.  The Tax Administrator

shall simultaneously transmit photocopies of such payment and letter to Catherine E. Pappas at the address set forth below.

57.     Upon completion of the Distribution, the filing of a Final Tax Return, and the disposal of the Remainder in accordance with paragraph 56, above, the Tax Administrator will provide to the Commission staff an accounting for the Fund (the "Fund Accounting"), including check number, amount, and payee information, for redaction, as appropriate, and filing with the Court.

58.     The Tax Administrator will perform the administrative duties specified above, paragraphs 49-57, at a rate of $10 per check.

59.     To the extent that any of the payments are returned, the Tax Administrator, working with the Commission, will make reasonable efforts to locate the Eligible Investor and re-issue payment to the Eligible Investor at a new address.  Use of commercial computer databases regularly available to the Tax Administrator and/or the Division of Enforcement of the Commission shall constitute reasonable efforts to locate Eligible Investors.  The Tax Administrator will be compensated for these services at the hourly rates memorialized in the Letter Agreement. Subject to paragraph 65, such fees will be limited by the amounts set forth in paragraph 18, above.

**Miscellaneous Additional Provisions Regarding the Tax Administrator**

60.     All Tax Administrator invoices must be submitted to the Commission staff at DistPgmAnalysis@SEC.GOV and pappasc@sec.gov, and approved by the Commission staff, before the Tax Administrator can issue payment from the Fund.

61.     Subject to paragraph 65, below, court approval is required if the aggregate payment sought by the Tax Administrator for its work exceeds the amount set forth in paragraph 18, above.

62.     The Tax Administrator is excused from all legal requirements to post a bond or give an undertaking of any type in connection with its duties and obligations under the Plan.

63.     The Tax Administrator is entitled to rely on all outstanding rules of law and court orders, and shall not be liable to anyone for good faith compliance with any order, rule, law, judgment, or decree, including orders of this Court.

64.     The Tax Administrator shall provide no tax advice to any Investor, vendor, or Estate Professional.  Each Investor, vendor, and/or Estate Professional shall be responsible for obtaining his, her or its own tax advice with respect to their respective distribution under this plan.

### Additional Matters

65.     Notwithstanding the foregoing, any expenses incurred in the implementation of this Plan may be satisfied without further court order with funds from the Reserve expense, or from any remainder in allocated expense money after payment of the specified expense.

66.     In executing their obligations as described herein, the Receiver and the Tax Administrator may be assisted by the Commission staff, and such assistance will be deemed to be within the scope of the staff's employment by the Commission.

67.     This Plan does not provide tax advice.  Investors, vendors, Estate Professional, or other interested parties should consult with their own tax advisors in connection with losses, payments, and/or distributions.

68.     Unless specifically provided otherwise herein or in writing by the Commission staff, all Notices to the Commission must be sent by receipted mail to the address below:

**Counsel for the Commission:**
Catherine E. Pappas
Senior Trial Counsel
United States Securities and Exchange Commission
Philadelphia Regional Office
One Penn Center

1617 JFK Blvd, Suite 520
Philadelphia, PA  19103

Notwithstanding, for the purposes of compliance with paragraphs 37 and 38 above, electronic mail may be sent to the Commission staff at pappasc@sec.gov.

69.     Unless specifically provided otherwise herein or in writing by the Tax Administrator, any Notice to the Tax Administrator must be sent by return receipted mail to the address below:

Tax Administrator, SEC v. Stinson
Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA  94019

70.     Any Post Distribution Estate Collections, whether by the Court, the Commission, the Receiver, their respective representatives, agents, heirs or assigns, or otherwise, shall be remitted to the Clerk of the Court, together with a cover letter setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Plan.  The Clerk of the Court shall proceed as set forth below, in paragraph 71.

71.     The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") or any other type of interest bearing account that is utilized These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account until further order of the Court.  In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further Court order, to deduct from the income earned on the money in the Fund a fee equal to ten percent of the income earned on the Fund.  Such fee shall not exceed that authorized by the Judicial Conference of the United States.

72.     Upon application by the Commission or the Estate Professionals not before the expiration of one year from the filing of the Fund Accounting with the Court, the Court shall determine if and how any funds held by the Court, and any future collections, shall be distributed. Any such application shall be served upon all parties of record as provided in the Federal Rules of Civil Procedure and any applicable local rules.

73.     If the Commission staff should determine that this Plan should be modified in any material manner, it shall move the Court for an order on appropriate notice.

Dated:  March 10, 2015                              Respectfully submitted,

                                                    s/ Catherine E. Pappas
                                                    **Catherine E. Pappas**
                                                    Counsel for Plaintiff,
                                                    Securities and Exchange Commission
                                                    Philadelphia Regional Office
                                                    One Penn Center
                                                    1617 JFK Blvd, Suite 520
                                                    Philadelphia, PA  19103
                                                    Telephone:  (215) 597-3100
                                                    Facsimile:  (215) 597-2740

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0002 | $ 175,000.00 | $ 61,818.00 | $ 113,182.00 | $ 1,462.22 |
| 0004 | $ 50,000.00 | $ 635.62 | $ 49,364.38 | $ 637.75 |
| 0005 | $ 37,500.00 | $ - | $ 37,500.00 | $ 484.47 |
| 0006 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0007 | $ 275,000.00 | $ 52,929.53 | $ 222,070.47 | $ 2,868.96 |
| 0009 | $ 488,900.00 | $ - | $ 488,900.00 | $ 6,316.17 |
| 0010 | $ 25,000.00 | $ 4,362.37 | $ 20,637.63 | $ 266.62 |
| 0011 | $ 19,556.57 | $ - | $ 19,556.57 | $ 252.65 |
| 0012 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0013 | $ 40,100.00 | $ - | $ 40,100.00 | $ 518.06 |
| 0014 | $ 47,450.00 | $ - | $ 47,450.00 | $ 613.01 |
| 0015 | $ 14,904.94 | $ - | $ 14,904.94 | $ 192.56 |
| 0016 | $ 14,913.03 | $ - | $ 14,913.03 | $ 192.66 |
| 0017 | $ 7,113.84 | $ - | $ 7,113.84 | $ 91.90 |
| 0018 | $ 30,000.00 | $ - | $ 30,000.00 | $ 387.57 |
| 0019 | $ 6,400.00 | $ - | $ 6,400.00 | $ 82.68 |
| 0020 | $ 11,055.00 | $ - | $ 11,055.00 | $ 142.82 |
| 0021 | $ 10,700.00 | | $ 4,000.00 | $ 51.68 |
| 0021 | | | $ 6,700.00 | $ 86.56 |
| 0022 | $ 50,000.00 | $ 3,605.48 | $ 46,394.52 | $ 599.38 |
| 0023 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0024 | $ 62,500.00 | $ - | $ 62,500.00 | $ 807.45 |
| 0025 | $ 60,000.00 | $ 52.60 | $ 59,947.40 | $ 774.47 |
| 0026 | $ 86,000.00 | $ - | $ 86,000.00 | $ 1,111.05 |
| 0027 | $ 290,100.71 | $ 60,000.00 | $ 230,100.71 | $ 2,972.71 |
| 0028 | $ 90,000.00 | $ 22,132.60 | $ 67,867.40 | $ 876.79 |
| 0029 | $ 10,000.00 | $ - | $ 10,000.00 | $ 129.19 |
| 0030 | $ 68,000.00 | $ - | $ 68,000.00 | $ 878.50 |
| 0031 | $ 103,000.00 | $ - | $ 103,000.00 | $ 1,330.67 |
| 0032 | $ 6,900.00 | $ - | $ 6,900.00 | $ 89.14 |
| 0033 | $ 22,160.00 | $ 13,720.00 | $ 8,440.00 | $ 109.04 |
| 0033 | $ 18,280.00 | | $ - | $ - |
| 0034 | $ 24,000.00 | $ - | $ 24,000.00 | $ 310.06 |
| 0035 | $ 45,000.00 | $ 7,732.65 | $ 37,267.35 | $ 481.46 |
| 0036 | $ 64,800.00 | $ - | $ 64,800.00 | $ 837.16 |
| 0036 | $ 35,000.00 | | $ 35,000.00 | $ 452.17 |
| 0038 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0039 | $ 129,843.90 | $ - | $ 129,843.90 | $ 1,677.47 |
| 0042 | $ 40,000.00 | $ - | $ 40,000.00 | $ 516.77 |
| 0043 | $ 45,000.00 | $ - | $ 45,000.00 | $ 581.36 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0044 | $ 100,200.00 | $ 4,124.97 | $ 96,075.03 | $ 1,241.21 |
| 0045 | $ 75,000.00 | $ - | $ 75,000.00 | $ 968.94 |
| 0046 | $ 83,139.47 | $ - | $ 83,139.47 | $ 1,074.09 |
| 0047 | $ 90,000.00 | $ - | $ 90,000.00 | $ 1,162.72 |
| 0048 | $ 8,932.18 | $ - | $ 8,932.18 | $ 115.40 |
| 0049 | $ 4,500.00 | $ - | $ 4,500.00 | $ 58.14 |
| 0050 | $ 4,500.00 | $ - | $ 4,500.00 | $ 58.14 |
| 0051 | $ 11,000.00 | $ - | $ 11,000.00 | $ 142.11 |
| 0052 | $ 126,677.04 | $ - | $ 126,677.04 | $ 1,636.56 |
| 0053 | $ 21,200.00 | $ - | $ 21,200.00 | $ 273.89 |
| 0055 | $ 109,800.00 | $ - | $ 109,800.00 | $ 1,418.52 |
| 0056 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0057 | $ 20,000.00 | $ 1,505.36 | $ 18,494.64 | $ 238.93 |
| 0058 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0059 | $ 10,000.00 | $ - | $ 10,000.00 | $ 129.19 |
| 0060 | $ 258,900.00 | $ - | $ 258,900.00 | $ 3,344.77 |
| 0061 | $ 286,271.00 | $ - | $ 286,271.00 | $ 3,698.38 |
| 0062 | $ 8,600.00 | $ - | $ 8,600.00 | $ 111.10 |
| 0062 | $ 66,200.00 | | $ 66,200.00 | $ 855.25 |
| 0063 | $ 35,000.00 | $ 4,311.43 | $ 30,688.57 | $ 396.47 |
| 0064 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0065 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0066 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0067 | $ 41,800.00 | $ - | $ 41,800.00 | $ 540.02 |
| 0068 | $ 34,000.00 | $ - | $ 34,000.00 | $ 439.25 |
| 0069 | $ 149,200.00 | $ - | $ 149,200.00 | $ 1,927.54 |
| 0069 | $ 30,200.00 | | $ 30,200.00 | $ 390.16 |
| 0070 | $ 48,900.00 | | $ 30,500.00 | $ 394.03 |
| 0070 | | | $ 18,400.00 | $ 237.71 |
| 0071 | $ 55,000.00 | $ - | $ 55,000.00 | $ 710.55 |
| 0072 | $ 35,000.00 | $ - | $ 35,000.00 | $ 452.17 |
| 0073 | $ 49,800.00 | $ - | $ 49,800.00 | $ 643.37 |
| 0074 | $ 13,700.00 | $ - | $ 13,700.00 | $ 176.99 |
| 0075 | $ 4,900.00 | $ - | $ 4,900.00 | $ 63.30 |
| 0076 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0077 | $ 9,800.00 | $ - | $ 9,800.00 | $ 126.61 |
| 0078 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0079 | $ 58,800.00 | $ 1,300.00 | $ 57,500.00 | $ 742.85 |
| 0080 | $ 13,606.25 | $ - | $ 13,606.25 | $ 175.78 |
| 0081 | $ 6,500.00 | $ 1,062.87 | $ 5,437.13 | $ 70.24 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0082 | $ 2,000.00 | $ 2,000.00 | $ - | $ - |
| 0082 | $ 50,000.00 | $ 33,859.47 | $ 16,140.53 | $ 208.52 |
| 0083 | $ 58,000.00 | $ - | $ 58,000.00 | $ 749.31 |
| 0084 | $ 39,800.00 | $ - | $ 39,800.00 | $ 514.18 |
| 0085 | $ 59,860.04 | $ - | $ 59,860.04 | $ 773.34 |
| 0086 | $ 155,513.05 | $ - | $ 155,513.05 | $ 2,009.10 |
| 0088 | $ 5,000.00 | $ - | $ 5,000.00 | $ 64.60 |
| 0089 | $ 5,000.00 | $ - | $ 5,000.00 | $ 64.60 |
| 0090 | $ 60,000.00 | $ 5,865.21 | $ 54,134.79 | $ 699.38 |
| 0091 | $ 40,000.00 | $ - | $ 40,000.00 | $ 516.77 |
| 0092 | $ 5,000.00 | $ - | $ 5,000.00 | $ 64.60 |
| 0093 | $ 25,200.00 | | $ 25,200.00 | $ 325.56 |
| 0093 | $ 57,000.00 | $ 30,322.70 | $ 26,677.30 | $ 344.65 |
| 0094 | $ 100,025.00 | $ - | $ 100,025.00 | $ 1,292.24 |
| 0094 | $ 94,612.00 | | $ 94,612.00 | $ 1,222.31 |
| 0094 | $ 154,987.00 | $ 134,040.61 | $ 20,946.39 | $ 270.61 |
| 0095 | $ 34,971.30 | $ - | $ 34,971.30 | $ 451.80 |
| 0096 | $ 63,047.90 | $ - | $ 63,047.90 | $ 814.53 |
| 0098 | $ 40,000.00 | $ - | $ 40,000.00 | $ 516.77 |
| 0099 | $ 15,000.00 | $ 3,065.16 | $ 11,934.84 | $ 154.19 |
| 0100 | $ 88,000.00 | $ - | $ 88,000.00 | $ 1,136.89 |
| 0101 | $ 62,300.00 | $ - | $ 62,300.00 | $ 804.86 |
| 0102 | $ 60,000.00 | $ - | $ 60,000.00 | $ 775.15 |
| 0103 | $ 13,000.00 | $ - | $ 13,000.00 | $ 167.95 |
| 0104 | $ 100,000.00 | $ 3,769.86 | $ 96,230.14 | $ 1,243.21 |
| 0105 | $ 15,000.00 | $ 2,610.00 | $ 12,390.00 | $ 160.07 |
| 0105 | $ 14,652.94 | $ - | $ 14,652.94 | $ 189.30 |
| 0106 | $ 65,000.00 | $ - | $ 65,000.00 | $ 839.74 |
| 0107 | $ 16,800.00 | $ - | $ 16,800.00 | $ 217.04 |
| 0109 | $ 25,000.00 | $ - | $ 25,000.00 | $ ` 322.98 |
| 0110 | $ 200,000.00 | $ - | $ 200,000.00 | $ 2,583.83 |
| 0111 | $ 6,700.00 | $ - | $ 6,700.00 | $ 86.56 |
| 0112 | $ 2,000.00 | $ - | $ 2,000.00 | $ 25.84 |
| 0113 | $ 17,900.00 | $ - | $ 17,900.00 | $ 231.25 |
| 0114 | $ 16,800.00 | $ - | $ 16,800.00 | $ 217.04 |
| 0115 | $ 150,000.00 | $ - | $ 150,000.00 | $ 1,937.87 |
| 0116 | $ 20,000.00 | $ - | $ 20,000.00 | $ 258.38 |
| 0117 | $ 19,214.81 | $ - | $ 19,214.81 | $ 248.24 |
| 0117 | $ 34,822.24 | | $ 34,822.24 | $ 449.87 |
| 0118 | $ 7,000.00 | $ - | $ 7,000.00 | $ 90.43 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0119 | $ 26,000.00 | $ - | $ 26,000.00 | $ 335.90 |
| 0119 | $ 58,149.52 | $ - | $ 58,149.52 | $ 751.24 |
| 0120 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0121 | $ 51,000.00 | $ - | $ 51,000.00 | $ 658.88 |
| 0122 | $ 16,200.00 | $ - | $ 16,200.00 | $ 209.29 |
| 0123 | $ 4,800.00 | $ - | $ 4,800.00 | $ 62.01 |
| 0124 | $ 5,600.00 | $ - | $ 5,600.00 | $ 72.35 |
| 0125 | $ 509,900.00 | $ 124,236.00 | $ 385,664.00 | $ 4,982.45 |
| 0125 | $ 90,000.00 | $ - | $ 90,000.00 | $ 1,162.72 |
| 0126 | $ 38,400.00 | $ - | $ 38,400.00 | $ 496.10 |
| 0127 | $ 2,500.00 | $ - | $ 2,500.00 | $ 32.30 |
| 0128 | $ 750,000.00 | $ 175,772.13 | $ 574,227.87 | $ 7,418.53 |
| 0129 | $ 23,000.00 | $ - | $ 23,000.00 | $ 297.14 |
| 0130 | $ 10,000.00 | $ - | $ 10,000.00 | $ 129.19 |
| 0131 | $ 80,000.00 | $ - | $ 80,000.00 | $ 1,033.53 |
| 0132 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0133 | $ 40,200.00 | $ - | $ 40,200.00 | $ 519.35 |
| 0134 | $ 200,000.00 | $ - | $ 200,000.00 | $ 2,583.83 |
| 0135 | $ 12,000.00 | $ - | $ 12,000.00 | $ 155.03 |
| 0136 | $ 55,000.00 | $ - | $ 55,000.00 | $ 710.55 |
| 0137 | $ 150,000.00 | $ - | $ 150,000.00 | $ 1,937.87 |
| 0139 | $ 111,000.00 | $ 130.00 | $ 110,870.00 | $ 1,432.35 |
| 0140 | $ 46,700.00 | $ 130.00 | $ 46,570.00 | $ 601.64 |
| 0141 | $ 225,000.00 | $ 63,087.90 | $ 161,912.10 | $ 2,091.77 |
| 0142 | $ 159,500.00 | $ - | $ 159,500.00 | $ 2,060.60 |
| 0143 | $ 9,200.00 | $ - | $ 9,200.00 | $ 118.86 |
| 0144 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0145 | $ 70,000.00 | $ 10,733.40 | $ 59,266.60 | $ 765.67 |
| 0147 | $ 3,500.00 | $ - | $ 3,500.00 | $ 45.22 |
| 0148 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0150 | $ 100,000.00 | | $ 80,047.17 | $ 1,034.14 |
| 0151 | $ 24,800.00 | $ - | $ 24,800.00 | $ 320.39 |
| 0152 | $ 61,136.54 | $ - | $ 61,136.54 | $ 789.83 |
| 0153 | $ 18,600.00 | $ - | $ 18,600.00 | $ 240.30 |
| 0154 | $ 53,198.62 | $ - | $ 53,198.62 | $ 687.28 |
| 0155 | $ 122,000.00 | $ - | $ 122,000.00 | $ 1,576.14 |
| 0156 | $ 336,525.00 | $ 215,241.48 | $ 121,283.52 | $ 1,566.88 |
| 0157 | $ 78,600.00 | $ - | $ 78,600.00 | $ 1,015.45 |
| 0158 | $ 9,000.00 | $ - | $ 9,000.00 | $ 116.27 |
| 0159 | $ 7,000.00 | $ - | $ 7,000.00 | $ 90.43 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0161 | $ 78,000.00 | $ - | $ 78,000.00 | $ 1,007.69 |
| 0162 | $ 115,000.00 | $ - | $ 115,000.00 | $ 1,485.70 |
| 0163 | $ 89,090.01 | $ - | $ 89,090.01 | $ 1,150.97 |
| 0164 | $ 20,000.00 | $ - | $ 20,000.00 | $ 258.38 |
| 0165 | $ 149,880.41 | $ - | $ 149,880.41 | $ 1,936.33 |
| 0166 | $ 4,800.00 | $ - | $ 4,800.00 | $ 62.01 |
| 0167 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0168 | $ 10,000.00 | $ - | $ 10,000.00 | $ 129.19 |
| 0169 | $ 27,000.00 | $ - | $ 27,000.00 | $ 348.82 |
| 0170 | $ 17,000.00 | $ 908.62 | $ 16,091.38 | $ 207.89 |
| 0170 | $ 21,865.65 | | $ 21,865.65 | $ 282.49 |
| 0171 | $ 21,500.00 | $ - | $ 21,500.00 | $ 277.76 |
| 0171 | $ 31,943.40 | | $ 31,943.40 | $ 412.68 |
| 0172 | $ 47,500.00 | $ - | $ 47,500.00 | $ 613.66 |
| 0173 | $ 200,000.00 | $ - | $ 200,000.00 | $ 2,583.83 |
| 0174 | $ 55,000.00 | $ - | $ 55,000.00 | $ 710.55 |
| 0175 | $ 37,126.59 | $ - | $ 37,126.59 | $ 479.64 |
| 0176 | $ 122,470.71 | $ - | $ 122,470.71 | $ 1,582.22 |
| 0177 | $ 75,212.11 | $ - | $ 75,212.11 | $ 971.68 |
| 0178 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0179 | $ 32,000.00 | $ - | $ 32,000.00 | $ 413.41 |
| 0180 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0181 | $ 22,400.00 | $ - | $ 22,400.00 | $ 289.39 |
| 0182 | $ 5,500.00 | $ - | $ 5,500.00 | $ 71.06 |
| 0183 | $ 8,500.00 | $ - | $ 8,500.00 | $ 109.81 |
| 0184 | $ 60,000.00 | $ - | $ 60,000.00 | $ 775.15 |
| 0185 | $ 75,000.00 | $ - | $ 75,000.00 | $ 968.94 |
| 0186 | $ 37,004.00 | $ - | $ 37,004.00 | $ 478.06 |
| 0187 | $ 20,000.00 | $ 1,263.92 | $ 18,736.08 | $ 242.05 |
| 0188 | $ 35,000.00 | $ - | $ 35,000.00 | $ 452.17 |
| 0189 | $ 65,000.00 | $ - | $ 65,000.00 | $ 839.74 |
| 0190 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0191 | $ 44,000.00 | $ - | $ 44,000.00 | $ 568.44 |
| 0191 | $ 100,000.00 | | $ 100,000.00 | $ 1,291.91 |
| 0193 | $ 51,132.09 | $ - | $ 51,132.09 | $ 660.58 |
| 0194 | $ 6,500.00 | $ - | $ 6,500.00 | $ 83.97 |
| 0195 | $ 62,400.00 | $ 395.00 | $ 62,005.00 | $ 801.05 |
| 0196 | $ 32,503.11 | $ 783.64 | $ 31,719.47 | $ 409.79 |
| 0197 | $ 100,000.00 | $ 6,487.67 | $ 93,512.33 | $ 1,208.10 |
| 0198 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0199 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0200 | $ 14,800.00 | | $ 10,000.00 | $ 129.19 |
| 0200 | | | $ 4,800.00 | $ 62.01 |
| 0201 | $ 4,750.00 | $ - | $ 4,750.00 | $ 61.37 |
| 0202 | $ 40,000.00 | $ 11,549.91 | $ 28,450.09 | $ 367.55 |
| 0203 | $ 100,000.00 | $ 31,855.59 | $ 68,144.41 | $ 880.37 |
| 0204 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0205 | $ 30,000.00 | $ - | $ 30,000.00 | $ 387.57 |
| 0206 | $ 220,075.31 | $ - | $ 220,075.31 | $ 2,843.19 |
| 0207 | $ 49,800.00 | $ - | $ 49,800.00 | $ 643.37 |
| 0208 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0209 | $ 40,000.00 | $ - | $ 40,000.00 | $ 516.77 |
| 0210 | $ 143,200.00 | $ - | $ 143,200.00 | $ 1,850.02 |
| 0211 | $ 67,300.00 | $ - | $ 67,300.00 | $ 869.46 |
| 0213 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0215 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0216 | $ 25,000.00 | $ 3,123.54 | $ 21,876.46 | $ 282.63 |
| 0216 | $ 25,200.00 | | $ 25,200.00 | $ 325.56 |
| 0218 | $ 8,300.00 | $ 133.75 | $ 8,166.25 | $ 105.50 |
| 0219 | $ 175,000.00 | $ 107,626.34 | $ 67,373.66 | $ 870.41 |
| 0219 | $ 204,000.00 | | $ 204,000.00 | $ 2,635.51 |
| 0220 | $ 10,000.00 | $ - | $ 10,000.00 | $ 129.19 |
| 0221 | $ 64,000.00 | $ - | $ 64,000.00 | $ 826.83 |
| 0223 | $ 53,861.05 | $ - | $ 53,861.05 | $ 695.84 |
| 0225 | $ 20,000.00 | $ - | $ 20,000.00 | $ 258.38 |
| 0226 | $ 12,856.00 | $ - | $ 12,856.00 | $ 166.09 |
| 0227 | $ 81,820.21 | $ 37,755.22 | $ 44,064.99 | $ 569.28 |
| 0228 | $ 300,000.00 | $ 15,885.98 | $ 284,114.02 | $ 3,670.51 |
| 0229 | $ 465,000.00 | $ 224,556.60 | $ 240,443.40 | $ 3,106.32 |
| 0229 | $ 132,280.19 | | $ 132,280.19 | $ 1,708.95 |
| 0229 | $ 168,200.22 | | $ 168,200.22 | $ 2,173.00 |
| 0230 | $ 5,500.00 | $ - | $ 5,500.00 | $ 71.06 |
| 0231 | $ 4,800.00 | $ - | $ 4,800.00 | $ 62.01 |
| 0232 | $ 45,000.00 | $ - | $ 45,000.00 | $ 581.36 |
| 0233 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0234 | $ 51,001.12 | $ - | $ 51,001.12 | $ 658.89 |
| 0235 | $ 55,085.98 | $ 12,387.56 | $ 42,698.42 | $ 551.63 |
| 0236 | $ 10,500.00 | $ - | $ 10,500.00 | $ 135.65 |
| 0237 | $ 206,000.00 | $ - | $ 206,000.00 | $ 2,661.34 |
| 0238 | $ 21,000.00 | $ - | $ 21,000.00 | $ 271.30 |

Distribution Schedule Attached to Final Plan
(Distribution Subject to Change Prior to Filing of Final Distribution Schedule)

| Investor Number | Total Investment | Prior Distributions | Net Investment | Net Investment Distribution |
|---|---|---|---|---|
| 0239 | $ 25,000.00 | $ 208.22 | $ 24,791.78 | $ 320.29 |
| 0241 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0241 | $ 100,000.00 | | $ 100,000.00 | $ 1,291.91 |
| 0243 | $ 87,100.00 | $ 5,708.29 | $ 81,391.71 | $ 1,051.51 |
| 0244 | $ 35,000.00 | $ - | $ 35,000.00 | $ 452.17 |
| 0245 | $ 15,000.00 | $ - | $ 15,000.00 | $ 193.79 |
| 0246 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0247 | $ 24,000.00 | $ - | $ 24,000.00 | $ 310.06 |
| 0248 | $ 50,000.00 | $ - | $ 50,000.00 | $ 645.96 |
| 0249 | $ 8,800.00 | $ - | $ 8,800.00 | $ 113.69 |
| 0250 | $ 40,000.00 | $ - | $ 40,000.00 | $ 516.77 |
| 0251 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0252 | $ 45,000.00 | $ - | $ 45,000.00 | $ 581.36 |
| 0253 | $ 25,000.00 | $ 5,501.83 | $ 19,498.17 | $ 251.90 |
| 0253 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0255 | $ 125,000.00 | $ 1,747.44 | $ 123,252.56 | $ 1,592.32 |
| 0255 | $ 68,800.00 | | $ 68,800.00 | $ 888.84 |
| 0256 | $ 12,000.00 | $ - | $ 12,000.00 | $ 155.03 |
| 0257 | $ 75,000.00 | $ - | $ 75,000.00 | $ 968.94 |
| 0258 | $ 31,909.40 | | $ 11,343.73 | $ 146.55 |
| 0258 | | | $ 20,565.67 | $ 265.69 |
| 0259 | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,291.91 |
| 0260 | $ 62,409.12 | $ - | $ 62,409.12 | $ 806.27 |
| 0261 | $ 118,200.00 | $ - | $ 118,200.00 | $ 1,527.04 |
| 0262 | $ 3,000.00 | $ - | $ 3,000.00 | $ 38.76 |
| 0263 | $ 2,000.00 | $ - | $ 2,000.00 | $ 25.84 |
| 0264 | $ 195,546.44 | $ 14,507.69 | $ 181,038.75 | $ 2,338.87 |
| 0265 | $ 50,000.00 | $ 2,938.34 | $ 47,061.66 | $ 608.00 |
| 0265 | $ 34,100.00 | | $ 34,100.00 | $ 440.54 |
| 0266 | $ 75,000.00 | $ 1,506.04 | $ 73,493.96 | $ 949.48 |
| 0267 | $ 49,700.00 | $ - | $ 49,700.00 | $ 642.08 |
| 0268 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |
| 0269 | $ 60,100.00 | $ - | $ 60,100.00 | $ 776.44 |
| 0270 | $ 125,000.00 | $ - | $ 125,000.00 | $ 1,614.89 |
| 0271 | $ 85,932.34 | $ - | $ 85,932.34 | $ 1,110.17 |
| 0998 | $ 4,000.00 | $ - | $ 4,000.00 | $ 51.68 |
| 0999 | $ 25,000.00 | $ - | $ 25,000.00 | $ 322.98 |