IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff : | Civil Action No. |
| : | 10-CV-03130 (BMS) |
| v. : | |
| ROBERT STINSON, JR., et al., : | |
| Defendants : | |
| and Relief Defendants. : | |

### Order Approving Amended Distribution Plan and Appointing a Tax Administrator

WHEREFORE, by Orders entered January 8, 2015 and January 12, 2015, this Court directed the Plaintiff Securities and Exchange Commission ("Commission") to submit a Final Distribution Plan; and

WHEREFORE, on February 27, 2015, the Commission submitted a Distribution Plan (the "Plan"), along with a memorandum describing the Plan and any objections received with respect to the proposed distribution;

WHEREFORE, on March 9, 2015, the Commission submitted an Amended Distribution Plan (the "Amended Plan"), along with a memorandum describing the substantive change; and

WHEREFORE, this Court has considered the Amended Plan and the Commission's memoranda, any objections filed in connection with the Plan or Amended Plan, and any responses by the Commission thereto;

**IT IS HEREBY ORDERED** that:

1. The Amended Plan is **APPROVED**; and

2. Damasco & Associates LLP is **APPOINTED** as the Tax Administrator for the Fund, as further described in paragraph 46 of the Plan, with the rights and responsibilities as set forth in the Plan.

**SO ORDERED**, this ___11___ day of ___March___ 2015,

_____
The Honorable Berle Schiller
United States District Court Judge

2