IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
:
**SECURITIES AND EXCHANGE COMMISSION,**   :
:
        **Plaintiff**   :   Civil Action No.
:   10-CV-03130 (BMS)
       **v.**   :
:
**ROBERT STINSON, JR., et al.,**   :
:
        **Defendants**   :
        **and Relief Defendants.**   :
_____:

### Notice of Completion of Distribution and Filing of the Final Fund Accounting

Pursuant to paragraphs 56 and 57 of the Amended Distribution Plan (Dkt. 339) (the "Plan"), the Plaintiff Securities and Exchange Commission submits notice to the Court of the completion of the distribution and the filing of the Final Fund Accounting. (*See* Exhibit 1, Declaration of Jude P. Damasco Regarding Final Fund Account Report, and Exhibit B thereto, Final Fund Account Report).

By order entered on March 11, 2015, this Court approved the Plan and appointed Damasco & Associates as the Tax Administrator for the Distribution Fund, with the rights and responsibilities set forth in the Plan. (Dkt. 341). Pursuant to the Plan, the Tax Administrator satisfied identified expenses, paid $213,936.64 to the Receiver appointed in this matter and his counsel, distributed $212,349.35 to the victims of Robert Stinson, filed a final tax return on behalf of the Distribution Fund, remitted the remaining $1,587.31 to the Clerk of the Court, and prepared

the Final Fund Accounting, attached hereto as Exhibit B (the "Accounting") to Exhibit 1, Damasco Declaration.

As reflected in the Accounting, the Tax Administrator successfully distributed over 99% of the Distribution Fund.  With respect to the remaining $1,587.31, which is comprised of payments to 4 investors who could not be located, the Tax Administrator, working with the staff of the Commission, made reasonable efforts to locate and communicate with each of the four investors. Consistent with paragraph 59 of the Plan, these efforts included attempts to locate the investor through commercial computer databases, communications directed to the investor at the last known address, as well as the investor's last known phone number and/or electronic mail addresses; and postings on the SEC's claim fund website, http://www.sec.gov/divisions/enforce/claims/robertstinson.htm.  The distribution is now closed, and pursuant to the paragraph 56 of the Plan, the Tax Administrator has sent all remaining money in the Distribution Fund to the Clerk of this Court.  *See* Exhibit 2, Record of the Clerk acknowledging the payment.

As provided in paragraph 72 of the Plan, on or after the one-year anniversary of this filling, the Commission staff anticipates filing with the Court an application to determine the disposition of any funds held by the Court in connection with this matter.

Respectfully submitted,


 s/John V. Donnelly III
David L Axelrod
John V. Donnelly III (PA Bar number 93846)

**Attorneys for Plaintiff:**
SECURITIES AND EXCHANGE COMMISSION
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA  19103
(215) 597-3100

Dated:  December 21, 2016