# EXHIBIT 1

## DECLARATION OF JUDE P. DAMASCO RE FINAL FUND ACCOUNTING REPORT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed Tax Administrator for the Life's Good Inc in Receivership ("Fund") in the Order Approving Amended Distribution Plan and Appointing a Tax Administrator, Case No. 2:10-cv-03130-BMS, filed on March 12, 2015.

3. In addition to the duties Damasco was required to perform as the Court appointed Tax Administrator, the Amended Distribution Plan required Damasco to perform certain administrative functions in connection with the distribution of the Fund.

4. As required by the Amended Distribution Plan, after receiving funds as well as a report from the Court appointed Receiver, Kamian Schwartzman, Damasco reviewed the "Receiver's original Affidavit containing his Final Accounting and Declaration of no claims", a copy of which is attached as Exhibit A.

5. Pursuant to the Amended Distribution Plan and in accordance with the Final Distribution Schedule filed with the Court, Damasco disbursed funds to both counsel for the Receiver, Pietragallo Gordon Alfano Bosick & Raspanti, LLP and Class Members as detailed in the Fund Accounting report prepared by Damasco, a copy of which is attached as Exhibit B.

6. Pursuant to paragraph 56 of the Court approved Amended Distribution Plan (Docket Entries 339 & 341), Damasco returned funds totaling $1,587.31 via a check mailed to the Clerk of the Court on October 25, 2016. The amount returned represents the total funds Damasco was unable to distribute to four Class Members. After exhausting all efforts to locate those four Class Members, the SEC determined the remaining $1,587.31 should be remitted to

the Clerk of the Court in accordance with the Amended Distribution Plan.

7. All the administrative functions Damasco has been required to perform in connection with the distribution of the Fund have been completed.

8. Additionally, Damasco, in its roles as Tax Administrator, ensured the Fund complied with all its tax compliance obligations, including the filing of a final tax return.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2016 in Hailey, Idaho.

_____
Jude P. Damasco

**EXHIBIT A**



**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

1818 MARKET STREET, SUITE 3402
PHILADELPHIA, PA 19103
215.320.6200   FAX: 215.981.0082

March 25, 2015

**VIA FEDERAL EXPRESS**

Tax Administrator, SEC v. Stinson
Damasco & Associates, LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

  Re: U.S. Securities and Exchange Commission v. Robert Stinson, Jr., et al.
    No. 10-cv-03130 (BMS) (E.D. Pa.)

Dear Sir/Madam:

  Enclosed please find the Receiver's original Affidavit containing his Final Accounting and Declaration of no claims.

  Thank you.

              Very truly yours,

              GAETAN J. ALFANO

GJA/aal
Enc.
cc: (w/enc.)
   Catherine E. Pappas, Esquire (First Class Mail)
   Kamian Schwartzman, Esquire
   Dennis Mehigan,
   Harriet Ruffin
2915463v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STINSON, JR., et al.,<br><br>Defendants/Relief Defendants. | CIVIL ACTION NO.<br>10-CV-03130 (BMS)<br><br><br>HON. BERLE M. SCHILLER |

### AFFIDAVIT OF KAMIAN SCHWARTZMAN

State of Pennsylvania )
                           ) ss:
County of Philadelphia )

I, Kamian Schwartzman, being duly sworn, hereby depose and state as follows:

1. I am aware of no outstanding claims against, or interest in, the Estate or Fund, except as specifically discussed in the Amended Distribution Plan. Attached to this Affidavit is a final accounting of the Estate, the balance of which is $442,122.28.

_/s/ Kamian Schwartzman_
Kamian Schwartzman

Sworn to before me
this 23rd day of March, 2015

_/s/ Tracy L. Coale_
NOTARY PUBLIC

NOTARIAL SEAL
TRACY L COALE
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Mar 14, 2016

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period - 12/3/14 - 3/20/15

| FUND ACCOUNTING | Reporting Period | Since Inception |
|---|---:|---:|
| **Beginning Balance (As of 09/13/2010)** | | $0.00 |
| **Beginning Balance (As of 12/3/14)** | $674,568.41 | |
| **Increases in Fund Balance:** | | |
| Cash Transfers to Receivership | | |
|     Total Transfers to Receivership | - | 191,245.88 |
| Interest Income | | |
|     PNC Money Market Account Interest | 70.06 | 6,675.61 |
|     Interest on Preliminary Injunction Bond | | 37.04 |
| Expense Reimbursement | | |
|     ADT Money Market Services Account Reimbursement | - | 109.04 |
|     Federal Tax Refund | | 279.00 |
|     Unused CC Reserve | | 1,000.00 |
| Third-Party Asset Recovery | | |
|     Matthew Razzano - Settlement | - | 367,500.00 |
|     Matthew Razzano - Payments on Account | - | 18,788.70 |
|     Joy Kreutzer - Settlement | | 17,500.00 |
|     D. Henderson - Settlement | | 15,000.00 |
|     2133 Arch Street Associates - Settlement | | 15,750.00 |
|     NG Productions - Settlement | | 105,144.87 |
|     Cunningham Piano - Settlement | | 21,000.00 |
|     EWB - Settlement | | 8,800.00 |
|     RH - Settlement | | 20,000.00 |
|     VIP - Settlement | | 82,000.00 |
|     Ganong - Settlement | | 85,000.00 |
|     Turcotte - Settlement | | 10,000.00 |
|     S. Stinson Retirement Account | | 10,063.13 |
|     NC Farm - Rental Payment | | 1,464.59 |
|     YSF - Settlement | | 47,901.71 |
|     Velle - Partial Settlement | | 1,500.00 |
|     AM - Settlement | | 125,000.00 |
|     Chesterbrook Property - Settlement | | 5,000.00 |
|     Jacksonville Property - Settlement | | 21,624.37 |
|     Aztec - Settlement | | 30,000.00 |
|     Cooper - Settlement | | 24,999.97 |
|     Staiano - Settlement | | 75,000.00 |
|     Talking Water Property - Settlement | | 30,000.00 |
|     Michael Paul Robertson Settlement | | 4,654.49 |
|     Mulei - Partial Settlement Pre-February 15, 2015 | 1,643.51 | 1,643.51 |
|     Best Sports - Partial Settlement Pre-February 15, 2015 | 832.66 | 6,666.92 |
| | | 1,152,002.26 |

Life's Good Funds Receivership
Cash Basis Fund Accounting Report
Civil Action No. 10-CV-03130
Reporting Period - 12/3/14 - 3/20/15

| | | |
|---|---:|---:|
| Sale of Receivership Property | | |
|     Barry S. Slosberg, Inc. | - | 232,601.60 |
|     Sale of Reading Property | - | 34,829.54 |
| | | 267,431.14 |
| **Total Funds Available** | **$677,114.64** | **1,618,779.97** |

**Decreases in Fund Balance:**

| | | |
|---|---:|---:|
| Disbursements to Receiver or Other Professionals | | |
|     Receiver or Other Professionals | $234,448.12 | $1,173,982.50 |
| Court Ordered Payments | | |
|     Preliminary Injunction Bond (11-cv-03934) | | |
| Administrative Expenses | | |
|     Receivership Taxes | 514.24 | 2,498.19 |
|     Bank Fees | 30.00 | 177.00 |
| **Total Funds Disbursed** | **$234,992.36** | **$1,176,657.69** |
| **Ending Balance (As of 3/20/15)** | **$442,122.28** | **$442,122.28** |

**Net Assets**

| | | |
|---|---:|---:|
| Cash & Cash Equivalents | | |
|     PNC - Money Market Account | $0.00 | |
|     PNC - Business Checking Account | 442,122.28 | |
|     Total Cash & Cash Equivalents | | $442,122.28 |
| **Total Ending Balance of Fund - Net Assets (As of 3/20/15)** | | **$442,122.28** |

**EXHIBIT B**

LIFE'S GOOD INC. in RECEIVERSHIP
aka SEC v STINSON
Civil Action No. 10-CV-03130
CASH RECEIPTS and DISBURSEMENTS REPORT
For the Period March 20, 2015 to November 2, 2016

| | | |
|---|---:|---:|
| BALANCE at MARCH 20, 2015 Transferred from the Receiver, Kamian Schwartzman to the Residual Distribution Agent, Damasco & Associates, LLP | | $ 442,122.28 |
| | | |
| **CASH RECEIPTS** | | |
| Barry S. Slosberg, Inc. - Victorian Clothing | 51.00 | |
| | | 51.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Distributions to Class Members | (212,349.35) | |
| Residual Distribution Agent Fees paid to Damasco & Associates, LLP | (14,299.98) | |
| Estate Professional Fees paid to Pietragallo Gordon Alfano Bosick & Raspanti, LLP | (213,936.64) | |
| Return of Funds to Clerk, USDC | (1,587.31) | |
| | | (442,173.28) |
| | | |
| ENDING CASH BALANCE November 2, 2016 | | $       - |