IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROBERT STINSON, JR., et al.,

        Defendants/Relief Defendants.

FILED
NOV 20 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO.
10-CV-03130 (BMS)

HON. BERLE M. SCHILLER

## ORDER

**AND NOW**, this 20 day of Nov, 2018, upon consideration of the Receiver's Motion for the Distribution of the funds currently in the Court registry relating to the Receivership Estate to the Receiver, the Receiver's Motion is **GRANTED.** The funds currently in the Court registry relating to the Receivership Estate shall be distributed to the Receiver.

BY THE COURT:

_____
Berle M. Schiller, J.

ENT'D NOV 20 2018